**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| BETTY WILSON, *et al.*, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 2:14-CV-0105-RWS |
| REGIONS FINANCIAL | : | |
| CORPORATION, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**<u>ORDER</u>**

On September 1, 2014, Plaintiffs filed a Motion for Leave to File Their

Third Amended Complaint [32]. On September 5, 2014, Plaintiffs filed a

Motion to Stay the Deadline for Filing Their Response to the Defendants'

Motion for Discovery and to Delay Responding to the Plaintiffs' Motion for

Conditional Certification [34]. The latter Motion was filed in light of Plaintiffs'

pending Motion for Leave to File Third Amended Complaint. Plaintiffs request

that the Court essentially stay briefing on pending motions until the Court rules

on the Motion for Leave to File Third Amended Complaint.

The Court agrees that in the interest of efficiency, the request to stay

should be granted. Accordingly, Plaintiff's Motion [34] is **GRANTED** such

that Defendants are not required to make further response to Plaintiffs' Motion for Conditional Collective-Action Certification [20] and Plaintiffs are not required to further respond to Defendants' Motion to Conduct Limited Discovery [26] until the Court rules on the Motion for Leave to File Third Amended Complaint.

Plaintiffs also filed an Emergency Motion to Enforce the Court's August 13, 2014 Order against the Defendants, Emergency Motion for Order to Show Cause, and Motion for Attorney's Fees [29] based upon Defendants' alleged failure to provide new responses for the Joint Planning Report in light of Plaintiffs' Second Amended Complaint. Because a possible Third Amended Complaint is now under consideration, the parties' obligation to submit a joint planning report is **STAYED** until the Court rules on the Motion for Leave to File Third Amended Complaint. In the event, Plaintiffs are permitted to file a Third Amended Complaint, Defendant's obligation to provide responses will be for the Third Amended Complaint rather than the Second Amended Complaint. Therefore, Plaintiffs' Emergency Motion to Enforce the Court's August 13, 2014 Order, Motion for Order to Show Cause, and Motion for Attorney's Fees [29] are **DENIED**, **AS MOOT**. If the Court denies the motion to File Third

Amended Complaint, Plaintiffs may renew their motions, if Defendant fails to cooperate in completion of the Joint Planning Report.

On August 29, 2014, the Court entered an Order [31] extending the deadline for filing the Parties' joint report under LR 23.1C(2) to September 8, 2014. In light of of the foregoing rulings, the Parties' obligations to file the LR 23.1C(2) report and the Joint Planning Report are **STAYED** until the Court rules on the Motion to File Third Amended Complaint.

**SO ORDERED**, this __9th__ day of September, 2014.


**RICHARD W. STORY**
United States District Judge

3