IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

JUL 11 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

BETTY WILSON, *et al.*,                    )
                                           )
              Plaintiffs,                  )
                                           )
v.                                         )      CIVIL ACTION NO.
                                           )      2:14-CV-0105-RWS
REGIONS FINANCIAL                          )
CORPORATION, *et al.*,                     )
                                           )
              Defendants.                  )

## ORDER DISMISSING REGIONS FINANCIAL CORPORATION WITH PREJUDICE

Pursuant Fed. R. Civ. P. 41(a)(2), the parties jointly moved to dismiss with prejudice all claims in this action against defendant Regions Financial Corporation, with each party to bear their own costs and attorney's fees, on the condition that the Court grants the Joint Motion to Approve FLSA Settlement and Motion for an Award of Attorney's Fees (the "Joint Motion"). The Court has since granted the Joint Motion.

Accordingly, for the reasons set forth in the motion and for good cause shown, it is hereby

**ORDERED** that defendant Regions Financial Corporation is **DISMISSED WITH PREJUDICE** from this action, with each party bearing its own costs and attorney's fees.

- 1 -

- 2 -

**SO ORDERED** this ___11th___ day of ___July___, 2017.

_____
RICHARD W. STORY
United States District Judge